UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:
Carmen D. Espinosa,                                                    Case No. 6:15-07962-KSJ


    Debtor                                                             Chapter 7
_____/

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW,** the debtor, Carmen D. Espinosa, by and through her undersigned counsel and file this Notice of Voluntary Dismissal and for the reasons as set forth below:

1. On or about September 18, 2015, the instant case was filed as a Chapter 7 Case.

2. The debtor wishes to voluntarily dismiss her Chapter7 Bankruptcy.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Dennis D. Kennedy, P.O. Box 541848, Merritt Island, FL 32954 and via regular mail to all parties on the service list this 20th day of November, 2015.

                                                    Respectfully Submitted:

                                                    **ROBERT SANCHEZ, P.A.**
                                                    Attorney for Debtor(s)
                                                    355 West 49th Street
                                                    Hialeah, FL 33012
                                                    Tel. (305) 687-8008

                                                    By:/s/ Robert Sanchez_____
                                                       Robert Sanchez, Esq., FBN# 0442161