UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:
Carmen D. Espinosa,                               Case No. 6:15-07962-KSJ
Debtor                                            Chapter 7

_____/

## NOTICE FOR VOLUNTARY DISMISSAL

COME NOW THE DEBTOR, Carmen D. Espinosa, by and through her undersigned counsel, and file this Notice of Vouluntary Dismissal and for the reasons as set forth below:

1. On or about September 18, 2015, the instant case was filed as a Chapter 7 Case.

2. The debtor wishes to voluntarily dismiss her Chapter 7 Bankruptcy.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to Denniss D. Kennedy, P.O. Box 541848, Merritt Island, FL 32954 and via regular mail to all parties on the attached service list on this 1st day of February, 2016.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/ Robert Sanchez_____

Robert Sanchez, Esq., FBN# 0442161

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Brightwater Fund
POB 470570
Tulsa, OK 74147

Cach, LLC
4340 S Monaco Street
Unit 2
Denver, CO 80237

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045

Cap One Na
P.O.Box 26030
Richmond, VA 23260-6030

Cap1/Bstby
26525 N Riverwoods Blvd
Mettawa, IL 60045

Cap1/Bstby
Po Box 5253
Carol Stream, IL 60197

Capital Management
Services,
698 1/2 Ogden Street
Buffalo, NY 14206-2317

Carter-Young Inc
Po Box 82269
Conyers, GA 30013

Chase – Pier 1
Po Box 15298
Wilmington, DE 19850

Chase Auto
Po Box 901003
Ft Worth, TX 76101

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Cigna
11095 Viking Drive Suite 350
Hanover, MN 55341

Citi
Po Box 6241
Sioux Falls, SD 57117

cleannet of South Florida
9861 Broken Land PKWY
Suite508
Columbia, MD 21046

Collection of Atlanta
P.o Box 870188
Atlanta, GA 30324

Collections of Atlanta
POB 870188
Stone Mountain, GA 30087

Comenity Bank/Vctrssec
220 W Schrock Rd
Westerville, OH 43081

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142

Desimone & Moya Md Pa
1600 Town Center Boulevard
Weston, FL 33326

Desimone & Moya Md Pa
1600 Town Center Boulevard
Weston, FL 33326

Enhancrcvrco
Po Box 57547
Jacksonville, FL 32241

FIA Card Services
POB 851001
Dallas, TX 75285-1001

Fia Csna
Po Box 982235
El Paso, TX 79998

FMS Inc
POB 707600
Tulsa, OK 74170-7600

Jpm Chase
Po Box 24696
Columbus, OH 43224

Macysdsnb
911 Duke Blvd
Mason, OH 45040

Macysdsnb
911 Duke Blvd
Mason, OH 45040

Macysdsnb
911 Duke Blvd
Mason, OH 45040

medical A/c systems, Inc
P.O. Box 330638
Miami, FL 33233

Medical Accounts Systems
PO Box 330638
Miami, FL 33233-0638

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Mortgage Service Cente
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054

Northland Group Inc.
POB 390905
Minneapolis, MN 55439

Pines Radiology
2105 Federal Highway #403
Hollywood, FL 33020-6811

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Portfolio Recovery
Associate
c/o Jessica L Montes, Esq.
120 Corporate Boulevard
Norfolk, VA 23502

Radiology Associates of
Holl
9050 Pines Blvd #200
Pembroke Pines, FL 33024

Radiology Associates of
Holl
9050 Pines Blvd #200
Pembroke Pines, FL 33024

sears

Select Physicial Therapy
POB 824291
Philadelphia, PA 19182-4291

Signet Diagnostic
PO BOX  30002
New York, NY 10087

Space Coast Credit Uni
8045 N Wickham Rd
Melbourne, FL 32940

Space Coast Credit Uni
8045 N Wickham Rd
Melbourne, FL 32940

State Farm Financial S
3 State Farm Plaza N-4
Bloomington, IL 61791

Syncb/ JC Penney

POB 965007
Orlando, FL 32896-5007

Syncb/ JC Penney
POB 965007
Orlando, FL 32896-5007

Syncb/Care Credit
Po Box 965036
Orlando, FL 32896

Syncb/Gap
Po Box 965005
Orlando, FL 32896

Syncb/Plcc
Po Box 965024
Orlando, FL 32896

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306

Wffnatbank
Po Box 94498
Las Vegas, NV 89193

Wffnatlbnk
Po Box 94498
Las Vegas, NV 89193