UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  Carmen D. Espinosa                                      Case No.6:15-bk-07962-KSJ


        Debtor/s.

_____/

## NOTICE OF LIMITED APPEARANCE OF ADDITIONAL COUNSEL
## AND RULE 2016 STATEMENT OF COMPENSATION

        **COMES NOW, Robert Sanchez**, attorney of record for the Debtor/s, and files this
Notice of Limited Appearance of Additional Counsel of ISABEL E. FREEMAN (FBN 760481)
who will be assisting your undersigned for the sole purpose of attending the following:

_____ 1. Meeting of Creditors and Equity Security Holders mandated by 11 U.S.C Section 341;

_____2. Confirmation Hearing scheduled for _____;

___X___3. Hearing scheduled for Notice of Voluntary Dismissal.

and said counsel does consent to serve in such capacity.

        In compliance with Federal Rules of Bankruptcy Procedure 2016(b) additional counsel
has been, or will be paid   (X) $50.00  ( ) $100.00  for said services.

        All correspondence and pleadings should continue to be served to the attorney of record.


CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance
was electronically mailed this 30th  day of March , 2016 to the appointed Standing Trustee in this
case and the United States Trustee at 400 W. Washington Street, Suite 1100, Orlando, Florida
32801.
Respectfully Submitted:


                                **ROBERT SANCHEZ, P.A.**
                                Attorney for Debtor
                                355 W 49th Street
                                Hialeah, FL 33013
                                Tel. (305) 687-8008

                                By:*/s/Robert Sanchez*_____
                                        Robert Sanchez, Esq., FBN#0442161