UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/31/2016 02:00 PM

COURTROOM 6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:15-bk-07962-KSJ** | **7** | **09/18/2015** |

**Chapter 7**

**DEBTOR:** Carmen Espinosa

**DEBTOR ATTY:** **Robert Sanchez**

**TRUSTEE:** **Dennis Kennedy**

**HEARING:**

Debtor’s Notice of Voluntary Dismissal (Doc #12)

.

**APPEARANCES:**:

DEBTOR ATTORNEY: ISABELLE FREEMAN

**RULING:**
Debtor's Notice of Voluntary Dismissal (Doc #12) - GRANTED - COURT WILL TREAT THE NOTICE AS A MOTION; ORDER BY FREEMAN

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.